Aug. 3, 1979.

422 A.2d 681

Commonwealth v. Althouse, Appellant.

Submitted March 23, 1979. Arthur E. Grim, for appellant; Michael J. Morrissey, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Order affirmed.